# MEMORANDUM DECISIONS.

THE A. C. CHENEY. (Circuit Court of Appeals, Second Circuit. November 22, 1901.) No. 39. Appeal from the District Court of the United States for the Eastern District of New York. Le Ray S. Gone, for appellant. R. D. Benedict, for appellee. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. There is no satisfactory evidence of any careless or negligent conduct on the part of the tug while performing the towage service, and the case for the libelant rests wholly upon the presumption arising from the fracture of the planks during the service. We are not satisfied that the court below erred in the conclusion reached, and think the decree dismissing the libel ought not to be disturbed. Decree affirmed, with costs.

In re ADAMS et al. ARMOUR PACKING CO. et al. v. ADAMS et al. (Circuit Court of Appeals, Fifth Circuit. December 10, 1901.) No. 1,075. Appeal from the District Court of the United States for the Southern District of Georgia. Marrion W. Harris and Washington Dessau, for appellants. John I. Hall and Olin J. Wimberley, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The proper decision of this case depends upon the facts, and as the findings thereof by the trial judge, upon which he rendered the decree appealed from, are fully supported by the evidence in the case, the decree appealed from should be affirmed, and it is so ordered.